THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM GLYNN, Appellant.

(Argued June 24, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 7, 1889, which affirmed a judgment entered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*W. H. Hewson* for appellant.

*McKenzie Semple* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.